**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 3:13-cr-00113-LRH-VPC |
| Plaintiff, | |
| vs. | **ORDER ON EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| RUBEN ADAM TIRADO, | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Lauren Gorman, Assistant Federal Public Defender's Ex Parte Motion to Withdraw as Counsel of Record [doc #14] (Filed under Seal) is granted.

IT IS FURTHER ORDERED that this matter is referred to the Magistrate for consideration of appointment of counsel for the defendant.

DATED this 7th day of January, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE